**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: March 14, 2016**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | : | **Case No. 15-54175** |
| | : | |
| James Arthur Righter, Jr. | : | Chapter 13 |
| | : | |
| Debtor. | : | (Judge Caldwell) |

**SCHEDULING ORDER REGARDING OBJECTION TO CLAIM (DOC. NO. 31) AND THE RESPONSE OF CREDITOR OHIO DEPARTMENT OF TAXATION   (DOC. NO. 32)**

The Court  has reviewed  the above-captioned pleadings regarding a dispute over amounts owed by the debtor for sales tax, commercial activity tax and personal income tax.  It appears that this dispute may be resolved by the exchange of documentation and discussions.   Accordingly, the following schedule is established:

- On or before **May 9, 2016,** the parties shall exchange all information relevant to their dispute, and shall meet to determine whether a settlement can be reached.

- On or before **May 9, 2016,**  the  parties shall upload an agreed entry  or a  joint  request for hearing indicating the amount of  hearing time required, and including  a detailed list of witnesses  to be called  and documents to be offered into evidence.

**IT IS SO ORDERED.**

**Copies to**:

Default List
Erin M. Dooley, Esq. (electronic service)
Kathleen Tourgeman, Courtroom Deputy

###